No. 1905. EX PARTE ARANZAMENDÍA ET AL., APELANTES, *v.* EL PUEBLO, APELADO.—Corte de Distrito de San Juan, Primer Distrito. *Habeas corpus.* Resuelto marzo 30, 1922. Celebrada la vista sin la comparecencia de los apelantes y sin que se hubiera presentado alegato alguno, se desestima la apelación.

No. 2687. RUIZ, APELADO, *v.* RUIZ, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Alimentos. Resuelto en marzo 30, 1922. Moción para desestimar la apelación. Apareciendo de la certificación presentada que han vencido las prórrogas concedidas al apelante para presentar la exposición del caso, sin que lo haya hecho, se declara con lugar y se desestima la apelación.

No. 1883. EL PUEBLO, APELADO, *v.* LABORDE ET AL., APELANTE, EL PRIMERO.—Corte de Distrito de San Juan, Distrito Segundo. Acometimiento y agresión con agravantes. Resuelto en marzo 30, 1922. No existe pliego de excepciones ni relación de hechos y tampoco alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1895.—EL PUEBLO, APELADO, *v.* IRIZARRY, APELANTE.—Corte de Distrito de Aguadilla. Infracción a la sección 61 de la ley de arbitrios. Resuelto en marzo 31, 1922. No existe pliego de excepciones ni relación de hechos, sin que se haya radicado alegato alguno y no apareciendo de los autos error fundamental, se confirma la sentencia.

No. 2710. VÁZQUEZ, APELANTE, *v.* PADRÓ ET AL., APELADOS.—Corte de Distrito de Ponce. Daños y perjuicios. Resuelto en abril 4, 1922. Moción de la apelada para desestimar la apelación. No habiéndose presentado aún la transcripción de los autos y faltando también la exposición del caso se declara con lugar y se desestima la apelación.